IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

**KEGAN HACKER and**
**BRANDON SRINAMYOM,**
Individually and on behalf of themselves
and others similarly situated,

  Plaintiff,

          v.            No. 3:20-cv-00398

**DELORME ENTERPRISES, INC.,**
A Tennessee Corporation**, and**
**ROBERT DELORME,** individually**,**

                                        FLSA Opt-in Collective Action
                                        Rule 23 Class Action

                                        **JURY DEMANDED**

Defendants.

## NOTICE OF SETTLEMENT

      Now come the Parties to notify the Court that they have reached a settlement in principle. The Parties are working to draft and finalize the settlement agreement and the motion to approve the settlement agreement. The Parties anticipate that they will need an additional fourteen (14) days from the date of this Notice to file their Motion for Settlement Approval. Accordingly, the Parties request until February 10, 2021 to file their Joint Motion for Settlement Approval and request that all remaining deadlines be continued pending filing of that Joint Motion.

                                              Respectfully Submitted,

                                              *s/J. Russ Bryant*
                                              J. Russ Bryant (TN BPR #33830)
                                              Robert E. Turner, IV (TN BPR # 35364)
                                              Nathaniel A. Bishop (TN BPR #35944)
                                              **JACKSON, SHIELDS, YEISER, HOLT**
                                              **OWEN & BRYANT**

1

Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Tel: (901) 754-8001
Fax: (901) 759-1745
*rbryant@jsyc.com*
*rturner@jsyc.com*
*nbishop@jsyc.com*

*Attorneys for the Named Plaintiffs, on behalf of themselves and all others similarly situated*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed electronically on this the 27th day of January, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                  *s/ J. Russt Bryant*
                                  J. Russ Bryant

2

Case 3:20-cv-00398-CEA-DCP  Document 9  Filed 01/27/21  Page 2 of 2  PageID #: 38